# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THOMAS BRIAN BROWN,

    Plaintiff,

v.

CAROLYN W. COLVIN[1],
Acting Commissioner of Social Security,

    Defendant.

Case No.: 2:13-cv-00841-GMN-GWF

**ORDER FOR VOLUNTARY REMAND**

    Based upon the parties' Stipulation for Voluntary Remand, pursuant to 42 U.S.C. § 405(g), sentence four, IT IS ORDERED that this case is remanded to the Acting Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Voluntary Remand.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
United States District Judge

**DATED:  11/19/13**

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).